# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JAMES AND KELLY COVINGTON,
INDIVIDUALLY AND ON BEHALF
OF THEIR MINOR CHILDREN, AC,
AC, AC, AND AC

NO.  2025 CW 1175

VERSUS

WATERWORKS DISTRICT NO. 1 OF
THE PARISH OF LAFOURCHE,
STATE OF LOUISIANA AND/OR
LAFOURCHE PARISH WATERWORKS
DISTRICT NO. 1, AND TOKIO
MARINE SPECIALTY INSURANCE
COMPANY

**MARCH 09, 2026**

---

In Re:    Waterworks District No. 1 of the Parish of Lafourche,
          State of Louisiana and/or Lafourche Parish Waterworks
          District No. 1, and Tokio Marine Specialty Insurance
          Company, applying for supervisory writs, 17th Judicial
          District Court, Parish of Lafourche, No. 146702.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

   **WRIT NOT CONSIDERED.** This writ application failed to include a copy of the pertinent court minutes, in violation of Rule 4-5(C)(10) of the Uniform Rules of Louisiana Courts of Appeal. In addition, this court requires a copy of the hearing transcript.

   Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

   In the event relators seek to file a new application with this court, it must contain all pertinent documentation, including the missing items noted herein, and must comply with Uniform Rule of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before April 08, 2026, and must contain a copy of this ruling.

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT